## *United States District Court*

FILED

_____NORTHERN_____    DISTRICT OF_____    _____CALIFORNIA_____

JUN 6   2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    Venue: SAN FRANCISCO
V.

ORIGINAL

**JOSE TRINIDAD MAGALLANES-LOMELI**
**a/k/a  YAMIL MARTINEZ**

# CRIMINAL COMPLAINT

3  08  7 0 3 3 1

CASE NUMBER:

BZ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>March 26, 2008</u> in <u>San Mateo County</u>, in the <u>Northern District</u> of <u>California</u>, defendant willfully and knowingly made a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, in violation of Title __18__ United States Code, Section _1542_ .

I further state that I am a <u>Special Agent of the Diplomatic Security Service</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 U.S.C. Section 1542:
10 years of imprisonment; $250,000 fine; 3 years of supervised release; and $100 special assessment fee

APPROVED AS TO FORM:    Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Warrant of Arrest Requested:   ☒ Yes ☐ No
    Bail Amount: N/A

Signature of Complainant, Jose L. Pacheco, Jr.

Sworn to before me and subscribed in my presence,

_June 6, 2008_____   at
Date

San Francisco, California
City and State

**Bernard Zimmerman**
**United States Magistrate Judge**
Name & Title of Judicial Officer

Signature of Judicial Officer

NORTHERN DISTRICT OF CALIFORNIA     )
                                 ) ss. AFFIDAVIT

CITY AND COUNTY OF SAN FRANCISCO    )

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT CHARGING
### JOSE TRINIDAD MAGALLANES-LOMELI,
### A/K/A YAMIL MARTINEZ,
### WITH VIOLATING 18 U.S.C. 1542,
### FALSE STATEMENTS IN APPLICATION AND USE OF PASSPORT

I, Jose L. Pacheco, Jr., as a duly sworn federal law enforcement officer, hereby depose and state as follows:

**Purpose**

This Affidavit is made in support of a Complaint against JOSE TRINIDAD MAGALLANES-LOMELI, a/k/a YAMIL MARTINEZ, for a violation of Title 18 U.S.C. Section 1542 – False Statement(s) in an application for a passport.

The statements set forth below are submitted to establish probable cause that JOSE TRINIDAD MAGALLANES-LOMELI, a/k/a YAMIL MARTINEZ, has violated Title 18 U.S.C. Section 1542. These statements are based upon my personal knowledge, the review of various records and documents obtained during this investigation, interviews conducted during this investigation, and discussions with other law enforcement officers. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

**Affiant Background**

I am a Special Agent employed by the U.S. Department of State, Diplomatic Security Service ("DSS"). DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve arrest warrants. I have a Bachelor's degree in Management/Computer Information Systems from Park University, and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, as well as the Department of State's Criminal Investigator Training Program. I have been employed by the Department of State since May of 2006. As a DSS Special Agent, I receive, on an ongoing basis, training in the laws, rules and regulations concerning passports, visas, and other citizenship documents.

**Relevant Statute**

The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed

by the President and/or other federal laws. Some of these rules are that a person wanting a
United States passport must complete and submit an application to the State Department
and must submit proof of American citizenship, usually a birth certificate, and proof of
identity, usually a driver's license, with their application. Another rule allows officers at
United States Post Offices to accept passport applications, and to then forward them to the
State Department for processing.

Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly
makes any false statement in an application for a passport with intent to induce or secure
the issuance of a passport under the authority of the United States, either for their own use
or the use of another, contrary to the laws regulating the issuance of passports or the rules
prescribed pursuant to such laws...shall be fined under this title...or imprisonment not
more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of
limitations for passport offenses.

## Facts Supporting Probable Cause

1. On or about March 26, 2008, JOSE TRINIDAD MAGALLANES-LOMELI
("MAGALLANES-LOMELI" or "defendant") submitted a DSP-11 application for a
United States passport (Application # 315957481) at the Redwood City Post Office, which
is located in the Northern District of California. MAGALLANES-LOMELI listed his
name in the passport application as YAMIL MARTINEZ. The application included a
photograph and Social Security Number (ending in digits 9451). As proof of citizenship
and identity, MAGALLANES-LOMELI presented a California Identification Card (No.
D7487469) and an original Puerto Rico birth certificate. The application listed the
following information:

Name: YAMIL MARTINEZ
Birth date: XX/XX/1980
Place of birth: Albonito, Puerto Rico
Mother's Name: Blanca Iris Martinez
Mother's Place of Birth: Ponce, Puerto Rico
Social Security Number: XXX-XX-9451
California Identification Card: D7487469

2. This application was referred to DSS for criminal investigation because of the
existence of fraud indicators, including that there were spaces left blank on the application,
information crossed out on the application, and that the defendant printed, rather than
signed, his application.

3. On May 5, 2008, your affiant requested the Department of Homeland Security
Biometric Services Center - West ("DHS BSC – West") conduct a search through the FBI
Integrated Automated Fingerprint Identification System ("IAFIS") database using the
fingerprints from defendant's California Identification Card (No. D7487469) and compare
it to the fingerprints submitted along with the defendant's U.S. passport application
(315957481). DHS BSC – West matched these fingerprints to ones previously taken by

immigration officers for JOSE TRINIDAD MAGALLANES-LOMELI, FBI No. 727962CC3, born in Mexico.

4. Your affiant also obtained a photograph taken by immigration officers of JOSE TRINIDAD MAGALLANES-LOMELI. Your affiant compared the person in the immigration photograph to the person in the passport application photograph, and opines they are one and the same.

5. Your affiant also obtained a copy of the Puerto Rico Department of Motor Vehicles ("DMV") Driver's License application and driving record for the true YAMIL MARTINEZ, which includes a photograph. Your affiant has examined the photograph of YAMIL MARTINEZ in the Puerto Rico DMV records and opines that it does not bear any resemblance to the photo provided by MAGALLANES-LOMELI in his passport application (No. 315957481).

## Conclusion

I respectfully submit that the above presented facts establish probable cause to believe that JOSE TRINIDAD MAGALLANES-LOMELI did willfully and knowingly make a false statement in support of an application for a passport when he submitted a passport application bearing the name YAMIL MARTINEZ to a United States Passport Office in Redwood City, California, in the Northern District of California, and submitted as proof of identity a Puerto Rico birth certificate and California Identification Card, all issued under the name YAMIL MARTINEZ, and that he did so with the intent to induce or secure the issuance of a passport, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Jose L. Pacheco, Jr.
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
On June 6, 2008

The Honorable Bernard Zimmerman
U.S. Magistrate Judge
Northern District of California