AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:  Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory $25 special assessment fee

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---

JOSE TRINIDAD MAGALLANES-LOMELI, a/k/a Yamil Martinez, a/k/a Manuel Cortez Lomeli

DISTRICT COURT NUMBER
CR 08 0408

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-08-70331 BZ

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY M. THOMAS

--- DEFENDANT ---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3                                                       FILED
4                                                    08 JUN 23 AM 11:35
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )  CR 08  0408
                                     )  No.
13        Plaintiff,                 )  VIOLATION: Title 18, United States Code,
                                     )  Section 1028(a)(4) – Possession of an
14     v.                            )  Identification Document with the Intent to
                                     )  Defraud the United States (Class A
15  JOSE TRINIDAD MAGALLANES-        )  Misdemeanor)
    LOMELI,                          )
16     a/k/a Yamil Martinez,         )  SAN FRANCISCO VENUE
       a/k/a Manuel Cortez Lomeli,   )
17                                   )
          Defendant.                 )
18  _____)
19
20                            INFORMATION
21  The United States Attorney charges:
22     On or about March 26, 2008, in the Northern District of California, the defendant,
23                    JOSE TRINIDAD MAGALLANES-LOMELI,
                              a/k/a Yamil Martinez,
24                        a/k/a Manuel Cortez Lomeli,
25  knowingly possessed an identification document, other than one issued lawfully for the
26  defendant's use, to wit: a California Identification Card # D7487469, bearing the name Yamil
27  //
28  //

    INFORMATION

1  Martinez, with the intent that such document be used to defraud the United States, in violation of
2  Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4
5  DATED: June 16, 2008                    JOSEPH P. RUSSONIELLO
                                           United States Attorney
6
7                                          /s/ Kyle F. Waldinger
                                           KYLE F. WALDINGER
8                                          Deputy Chief, Major Crimes Section
9
10 (Approved as to form: /s/ Wendy Thomas )
                         WENDY THOMAS
11                       Special Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION